Racine Fuel Company, Appellee, v. Dr. O. A. Rawlins and Julia Nankervis, Defendants.
Appeal of Dr. O. A. Rawlins, Appellant.

Gen No. 41,016.

opinion filed October 1, 1940; supplemental opinion filed and rehearing denied October 21, 1940. Stevens & Carrier, for appellant; Geo. M. Stevens, and Geo. M. Stevens, Jr., of counsel; Cecil C. Erickson, for appellee. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''